[No. 61818-1-I. Division One. March 9, 2009.]

THEODORE ISABELLE BIERY, *Appellant*, v. CHERI ANN ESTES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-01765-0, Patricia H. Clark, J., entered May 13, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Leach, JJ.

[No. 61844-0-I. Division One. March 9, 2009.]

*In the Matter of the Marriage of* GORDON L. MIDDLETON, *Respondent*, and JANICE A. BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-3-00406-1, Ronald L. Castleberry, J., entered May 14, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62151-3-I. Division One. March 9, 2009.]

*In the Matter of the Marriage of* JENNIFER CHRISTINE BEALS, *Respondent*, and MATTHEW JEFFREY BEALS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-3-00700-5, James H. Allendoerfer, J., entered June 18, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 36172-8-II. Division Two. March 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FAWN RAE BERGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03298-7, John R. Hickman, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.